# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

**MAY 0 7 2018**

JULIA C DUDLEY CLERK
BY: _____
DEPUTY CLERK

|  |  |  |
|---|---|---|
| MELINDA SCOTT, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:18CV _00012_ |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| VIRGINIA DEPARTMENT OF | ) | By:  James P. Jones |
| MEDICAL ASSISTANCE SERVICES, | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

It appearing proper, it is **ORDERED** as follows:

1.     Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs is GRANTED and the Clerk will file the Complaint;

2.     While the pro se plaintiff named the defendant as "Virginia DMAS," the Clerk will docket the defendant's name as Virginia Department of Medical Assistance Services; and

3.     The Clerk will provide the plaintiff with forms for acceptance of service by the defendant, which the plaintiff must mail with copies of the Summons and Complaint, to the defendant.  In addition, the plaintiff must mail copies of the same to the Attorney General of Virginia, 202 North Ninth Street,

Richmond, VA 23219, and to the Southwest Regional Office, Attorney General of Virginia, 204 Abingdon Place, Abingdon, VA 24211.

ENTER: May 7, 2018

United States District Judge