



U.S. POSTAGE
PAID
BIG STONE GAP, VA
24219
APR 27 18
AMOUNT
$0.92
R2305K141306-01



24210



1000

UNITED STATES
POSTAL SERVICE®

United States District Court
Office of the Clerk
180 W Main St., Rm 104
Abingdon, VA 24210



Melinda Scott
PO Box 1133
Richmond, VA 23218