AO 440 (Rev. 06/12) (02/17 WD/VA) Summons in a Civil Action (Page 2)

Civil Action No. 2:18CV00012

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __the Attorney General of Virginia__
was received by me on *(date)* __05/23/2018__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
I mailed the Summons and Complaint to the Attorney General of Virginia on 05/25/2018, per the Judge's Order dated 5/7/2018

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __06/11/2018__

_____
Server's signature

__MELINDA SCOTT, PLAINTIFF PRO-SE__
Printed name and title

__PO BOX 1133, RICHMOND, VA 23218__
Server's address

Additional information regarding attempted service, etc:

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUN 18 2018

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK