AO 440 (Rev. 02/09) (12/09 WD/VA) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
JUN 25 2018
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

This summons for *(name of individual and title, if any)* __Virginia Department of Medical Assitant Service__
was received by me on *(date)* __5/23/2018__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: __I mailed a copy of the Summons, Complaint and forms for acceptance of service to the Defendant on 5/25/2018, per the Judge's order dated 5/7/18__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __6/21/2018__

_____
Server's signature

__MELINDA SCOTT, PLAINTIFF PRO-SE__
Printed name and title

__PO BOX 1133-2014PMB87 RICHMOND, VA 23218__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) (12/09 WD/VA) Summons in a Civil Action (Page 2)

Civil Action No. _____

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUN 25 2018

JULIA C. DUDLEY, CLERK
BY: /s/ _____
DEPUTY CLERK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4)*

This summons for *(name of individual and title, if any)* **Attorney General, Southwest Regional Office**
was received by me on *(date)* **5/23/2018**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **On June 12, 2018 I mailed a copy of the Summons, Complaint and forms for acceptance of service to the Attorney General/Southwest Regional Office, per the Judge's Order dated 5/7/18**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **6/21/2018**

_____
Server's signature

**MELINDA SCOTT, PLAINTIFF PRO-SE**
Printed name and title

**PO BOX 1133-2014 PMB87 RICHMOND, VA 23218**
Server's address

Additional information regarding attempted service, etc: