IN THE WESTERN DISTRICT COURT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| MELINDA SCOTT, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> V. ) <br> ) <br> Virginia Department of ) <br> Medical Assistant Services ) <br> (VA DMAS), ) <br> ) <br> DEFENDANT. ) | CL. NO. 2:18CV00012 |

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUN 25 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

## MOTION FOR DEFAULT JUDGMENT

**COMES NOW**, the Plaintiff, pursuant to Federal Rules 12 and 55 and requests this Honorable Court to enter in a Default Judgment for the Plaintiff, granting all the relief she requested in the Complaint. Plaintiff mailed a copy of the Summons and Complaint, forms for acceptance of service and a prepaid means of returning the aforementioned forms, to the Defendant on May 25, 2018. It is reasonable to calculate that the Defendant received the Summons, Complaint and forms by May 30, 2018. Not counting the day of service, 21 days has lapsed since May 30, 2018 and the Defendant has not served the Plaintiff a response. The Plaintiff has provided the court with proof of service pursuant to Rule 4.

I ASK FOR THIS

_/s/ Melinda Scott_
Melinda Scott, *pro-se*
PO BOX 1133-2014PMB87
Richmond, Virginia
540.692.2342
mscottw@gmu.edu

## Certificate of Service

I, Melinda Scott, have mailed a copy of this Motion for Default Judgment to the Defendant at 600 East Broad St., 6th flr., Richmond, Virginia 23219 on this ___21st___ day of ___June___, 2018.

Respectfully submitted,

*(signature)*

Melinda Scott, *pro-se*
PO BOX 1133-2014PMB87
Richmond, Virginia
540.692.2342
mscottw@gmu.edu