IN THE UNITED STATE DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

ABINGDON DIVISION

| | |
|---|---|
| MELINDA SCOTT, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 2:18CV00012 |
| | ) |
| VIRGINIA DEPARTMENT OF | ) |
| MEDICAL ASSISTANCE SERVICES, | ) |
| | ) |
| Defendant. | ) |

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUL 09 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

## MOTION FOR SERVICE

COMES NOW, The Plaintiff, and requests pursuant to Rule 4(c)(3) that this court order service on the Defendant a US marshal, deputy marshal or by a person specially appointed by the court. Plaintiff has been granted leave to proceed *in forma pauperis*. The case was filed on May 7, 2018 and falls within the ninety (90) day time limit pursuant to Rule 4(m).

I ASK FOR THIS

/s/ Melinda Scott

Melinda Scott, *pro-se*

PO BOX 1133

Richmond, Virginia 23218

540-692-2342

mscottw@gmu.edu