Melinda Scott

PO BOX 1133

Richmond, Virginia 23218

July 5, 2018


Clerk

Western District Courthouse

180 W Main St., Rm. 104

Abingdon, VA 24210


      Re: Service in Case No. 2:18CV00012


To whom it may concern:

      Pursuant to Rule 4(c)(3), please serve a Summons and Complaint to the defendant in the above referenced case. Please provide service to the Defendant through a US marshal, deputy marshal or by a person specially appointed by the court. I have been granted leave to proceed *in forma pauperis*. The case was filed on May 7, 2018 and falls within the ninety (90) day time limit pursuant to Rule 4(m).


                                      Thank you,

                                      *[signature]*

                                      Melinda Scott