# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **MELINDA SCOTT,** ) | |
| **Plaintiff,** ) | |
| ) | **ORDER** |
| **v.** ) | **Civil Action No: 2:18cv00012** |
| ) | |
| **VIRGINIA DEPARTMENT OF** ) | |
| **MEDICAL ASSISTANCE** ) | |
| **SERVICES,** ) | |
| **Defendant** ) | |

This case is before the undersigned on the Motion For Service, (Docket Item No. 10) ("Motion"), filed by the plaintiff. By Order dated May 7, 2018, (Docket Item No. 3), the court granted the plaintiff's application to proceed in forma pauperis and instructed the plaintiff to attempt to obtain a waiver of personal service from the defendant. Plaintiff has provided proof that she mailed the Summons, Complaint and acceptance of service form to the defendant on May 25, 2018. (Docket Item Nos. 6, 7.) Thus, more than 30 days have passed, and the defendant has not accepted service by mail. Therefore, it is **ORDERED** that the plaintiff shall provide the Clerk's Office with a properly prepared Summons for service upon the defendant. When the plaintiff provides this Summons, the Clerk's Office shall forward the Summons and a copy of the Complaint to the U.S. Marshals Service for service upon the defendant pursuant to Federal Rules of Civil Procedure Rule 4(c)(3).

The Clerk is directed to send a certified copy of this Order to all counsel of record and unrepresented parties.

ENTERED: July 10, 2018.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE