U. S. DISTRICT COURT
Western District of Virginia
Office of the Clerk
Abingdon Division
180 W. Main Street
Abingdon, Virginia 24210

*Julia C. Dudley* *Voice: 276-628-5116*
*Clerk of the Court* *Facsimile: 276-628-1028*

July 11, 2018

Melinda Scott
2014PMB87
P O Box 1133
Richmond, VA 23218

Dear Ms. Scott,

Please find enclosed a copy of the court's Order allowing the Marshals Service to serve the defendant. Also enclosed is another Summons. Please complete the Summons by filling in the name and address of the chief executive officer of the Virginia Department of Medical Assistance Services ,(also known as DMAS), as required by Federal Rules of Civil Procedure Rule 4(j)(2). Please return the completed Summons to the Clerk's Office for forwarding to the U.S. Marshals Service.

Very truly yours,

JULIA C. DUDLEY, CLERK

By: s/Ella Surber
    Deputy Clerk