AO 440 (Rev. 02/09) (12/09 WD/VA) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | | |
|---|---|---|
| Melinda L. Scott | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:18CV00012 |
| Virginia Department of Medical Assistance Services (VA DMAS) | ) | |
| *Defendant* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Virginia Department of Medical Assistance Services (VA DMAS)
c/o Karen E. Kimsey, MSW, Chief Executive Officer/Chief Deputy
600 East Broad St.
Richmond, Virginia 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 120 days for Social Security Cases filed pursuant to 42 USC 405(g) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Melinda L. Scott, pro-se
PO BOX 1133-2014PMB87
Richmond, Virginia 23218
(VA ACP address)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*/s/ C. Six[illegible]*

Date: 7/23/18

*Signature of Clerk or Deputy Clerk*