CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 06 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

AO 440 (Rev. 02/09) (12/09 WD/VA) Summons in a Civil Action (Page 2)

Civil Action No. 2:18CV2

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* VA DMAS Chief Ex Officer MRS Kimsey

was received by me on *(date)* 7/30/18 .

☒ I personally served the summons on the individual at *(place)* MRS White Legal For Chief Kimsey on *(date)* 7/31/18 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/31/18

_____ USMS
*Server's signature*

Kevin Trevillian SR DUSM
*Printed name and title*

Richmond VA USMS
*Server's address*

Additional information regarding attempted service, etc:

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Pageid#: 51

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

U.S. MARSHALS SERVICE
ROANOKE, VA
2018 JUL 26 A 9:18

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Melinda L. Scott | 2:18CV2 |
| DEFENDANT | TYPE OF PROCESS |
| Virginia Department of Medical Assistance Services | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Karen E. Kimsey, MSW, Chief Executive Officer/Chief Deputy
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
VA DMAS; 600 East Broad St., Richmond, VA 23219

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Melinda L. Scott
P O Box 1133-2014PMB87
Richmond, VA 23218

| Number of process to be served with this Form 285 | 2 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

See Attached Order

RICHMOND OFFICE EASTERN DISTRICT OF VIRGINIA
2018 JUL 30 PM 2:00
RECEIVED UNITED STATES MARSHAL

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER | DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 084 | District to Serve No. 083 | Signature of Authorized USMS Deputy or Clerk | Date 7/26/18 |

I hereby certify and return that I ☒ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
VA DMAS    Mrs White Legal

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
Same

| Date 7/31/18 | Time ☐ am ☒ pm |

Signature of U.S. Marshal or Deputy
USMS

| Service Fee 65.00 | Total Mileage Charges including endeavors) | Forwarding Fee $8.00 | Total Charges 73.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED.

Form USM-285
Rev. 12/15/80
Automated 01/00