AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| Melinda Scott | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:18CV00012 |
| Virginia Department of Medical Assistance Services | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Virginia Department of Medical Assistance Services

Date:   08/21/2018

/s/ Jennifer L. Gobble
*Attorney's signature*

Jennifer L. Gobble   Virginia State Bar # 65493
*Printed name and bar number*

Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219

*Address*

JGobble@oag.state.va.us
*E-mail address*

(804) 786-4905
*Telephone number*

(804) 371-8718
*FAX number*