UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Big Stone Gap Division

| | |
|---|---|
| **MELINDA SCOTT,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No.: 2:18cv00012 |
| **VIRGINIA DEPARTMENT OF MEDICAL ASSISTANCE SERVICES,** | ) ) ) ) |
| Defendant. | ) |

DEFENDANT'S MOTION TO DISMISS

COMES NOW Defendant, Virginia Department of Medical Assistance Services, by counsel, and under Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully moves this Honorable Court to dismiss the claims against it for the reasons set forth in the Memorandum accompanying this Motion.

Respectfully submitted,

**Department of Medical Assistance Services**

By: \_\_/s/ Jennifer L. Gobble_____
Jennifer L. Gobble (VSB No. 65493)
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 786-4905
Facsimile: (804) 371-8718
Email: jgobble@oag.state.va.us

MARK R. HERRING
Attorney General

CYNTHIA V. BAILEY
Deputy Attorney General

KIM F. PINER
Senior Assistant Attorney General

JENNIFER L. GOBBLE*
Assistant Attorney General
*Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I mailed a copy by U.S. mail to the *pro se* Plaintiff at the address below:

Ms. Melinda L. Scott
P.O. Box 1133-2014PMB87
Richmond, VA 23218

/s/ Jennifer L. Gobble
Jennifer L. Gobble (VSB No. 65493)
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 786-4905
Facsimile: (804) 371-8718
Email: jgobble@oag.state.va.us
*Counsel for Defendant*