# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **MELINDA SCOTT,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:18CV00012 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **VIRGINIA DEPARTMENT OF** | ) | By: James P. Jones |
| **MEDICAL ASSISTANCE SERVICES,** | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

The defendant Virginia Department of Medical Assistance filed a Motion to Dismiss and Memorandum in Support of Motion to Dismiss on August 21, 2018. Accordingly, it is **ORDERED** as follows:

1. The plaintiff Melinda Scott must file with the clerk's office of this court a written response to the motion no later than Friday, September 28, 2018. The date of mailing does not count – the response must be actually filed by the close of business (4:30 p.m.) on that day;

2. The defendant may file a reply thereto within 14 days of filing of the response; and

3. The plaintiff Melinda Scott is advised that if she does not file a timely response, the court will consider only the Complaint and the defendant's filings

and may dismiss the case without further notice to her. If she does file a timely response, the court will consider her Complaint, the defendant's motion and memorandum, her response, and any reply filed by the defendant. No further documents or pleadings will be considered without permission of the court after a showing of good cause for the filing of further documents or pleadings. Accordingly, the plaintiff is given notice that she should include in her response all relevant matters that she wishes the court to consider.

    It is so **ORDERED**.

                                      ENTER: August 22, 2018

                                      /s/  James P. Jones
                                      United States District Judge