U.S. POSTAGE PAID
FCM LG ENV
WISE, VA
24293
SEP 04, 18
AMOUNT
$1.63
R2305K140654-15

24210

Melinda Scott
PO Box 1133
2014PMB87
Richmond, VA 23218

Clerk
United States District Court
180 W Main St., Rm 104
Abingdon, VA 24210