Melinda Scott
PO BOX 1133-2014PMB87
Richmond, VA 23218
September 5, 2018

Clerk of the Court
Western District Court of Virginia
180 W Main Street
Room 104
Abingdon, Virginia 24210

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

SEP 10 2018

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

RE: Service for 2:18CV00012

To the Clerk:

    Please find enclosed a corrected Certificate of Service in the above named case. The Response pleading was mailed to 202 North 9th St, not 600 East Main St.

Sincerely,

Melinda Scott

## Certificate of Service

I, Melinda Scott, do hereby state that I have mailed a copy of this Response to Jennifer L. Gobble, Assistant Attorney General, at 202 N. 9th St, Richmond, Virginia 23218 on this 4th day of September 2018.

Respectfully,

Melinda Scott