Melinda Scott
PO Box 1133
Richmond, VA 23218

Clerk of the Court
Western District Court of VA
180 W Main St., Rm. 104
Abingdon, VA 24210

