UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| **MELINDA SCOTT,** ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 2:18cv00012 |
| ) | |
| **VIRGINIA DEPARTMENT OF** ) | |
| **MEDICAL ASSISTANCE SERVICES,** ) | |
| Defendant ) | |

## NOTICE TO COUNSEL REGARDING
## SCHEDULING CONFERENCE

A Scheduling Conference before United States Magistrate Judge Pamela Meade Sargent is scheduled for **Tuesday, October 2, 2018, at 3:00 p.m.**, by conference call. The Conference is expected to result in a firm trial date, as well as the fixing of discovery and dispositive motions deadlines. **Counsel is directed to confer prior to the Conference** and agree as to the following:

(1) The expected length of the trial;
(2) Suggested trial dates and discovery and dispositive motion deadlines; and
(3) Whether mediation by a magistrate judge of this court may be helpful in attempting to resolve the case, and if so, when mediation should be ordered.

Counsel also is directed to confer regarding discovery and to file their Joint Rule 26(f) Report with the court prior to the Scheduling Conference.

Following the Conference, a Scheduling Order will be entered. A form Scheduling Order used by Judge Sargent is available for viewing on the court's public web site, www.vawd.uscourts.gov/judges/judge-sargent.aspx. Prior to the Conference, counsel may submit a proposed Scheduling Order, but are not required to do so. Any proposed Scheduling Order should be sent by email in word processing form directly to Judge Sargent at pamelas@vawd.uscourts.gov.

Questions concerning the Scheduling Conference may be directed to Robin Bordwine, Judicial Assistant, at 276-628-6021 or robinb@vawd.uscourts.gov.

At the direction of the Court.