# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Big Stone Gap Division

| | |
|---|---|
| **MELINDA SCOTT,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No.: 2:18cv00012 |
| **VIRGINIA DEPARTMENT OF MEDICAL ASSISTANCE SERVICES,** | ) |
| **Defendant.** | ) |

## NOTICE OF APPEARANCE

I am admitted to practice in this Court, and I appear in this case as counsel for defendant Virginia Department of Medical Assistance Services.

Respectfully submitted,

/s/ Sheri H. Kelly
Sheri H. Kelly (VSB No. 82219)
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA
204 Abingdon Place
Abingdon, Virginia 24211
Telephone: (276) 628-2964
Facsimile: (276) 628-4375
Email: skelly@oag.state.va.us
*Counsel for Defendant Virginia Department of Medical Assistance Services*

MARK R. HERRING
Attorney General

CYNTHIA V. BAILEY
Deputy Attorney General

KIM F. PINER
Senior Assistant Attorney General

*JENNIFER L. GOBBLE (VSB No. 65493)
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 786-4905
Facsimile:  (804) 371-8718
Email:  jgobble@oag.state.va.us
*Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I mailed a copy by U.S. mail to the *pro se* Plaintiff at the address below:

    Ms. Melinda L. Scott
    P.O. Box 1133-2014PMB87
    Richmond, VA 23218

                                                    */s/ Sheri H. Kelly*
                                        Sheri H. Kelly (VSB No. 82219)
                                        Assistant Attorney General
                                        OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA
                                        204 Abingdon Place
                                        Abingdon, Virginia 24211
                                        Telephone:  (276) 628-2964
                                        Facsimile:   (276) 628-4375
                                        Email: skelly@oag.state.va.us
                                        *Counsel for Defendant Virginia Department of*
                                        *Medical Assistance Services*