# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **MELINDA SCOTT,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**VIRGINIA DEPARTMENT OF** )<br>**MEDICAL ASSISTANCE SERVICES,** )<br>)<br>Defendant. ) | Case No. 2:18CV00012<br><br>**FINAL ORDER**<br><br>By: James P. Jones<br>United States District Judge |

For the reasons stated in the accompanying Opinion, it is **ORDERED** that the Motion to Dismiss, ECF No. 16, is GRANTED, and the plaintiff's case is DISMISSED.

The Clerk will close the case.

ENTER: October 19, 2018

/s/ James P. Jones
United States District Judge