IN THE WESTERN DISTRICT COURT OF VIRGINIA
BIG STONE/ABINGDON DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

OCT 29 2018

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

MELINDA SCOTT,           )
                         )
PLAINTIFF,               )
                         )
V.                       )          CL. NO. 2:18CV00012
                         )
Virginia Department of   )
Medical Assistant Services )
(VA DMAS),               )
                         )
DEFENDANT.               )

INITIAL DISCLOSURES

The Plaintiff, in response to the Order dated October 2, 2018, files the following in accordance with Rule 26(a)(1) and 26(3)(A)(4). Plaintiff provides here a list of pertinent names, exhibits and documents she intends to utilize and present as evidence to support the claims and defenses in her pleadings. All documents are held in her possession unless otherwise noted to be also held by a third party:

I.      Exhibits

a. Exhibits and Documents supporting claims (a) through (g) of initial Complaint

1. Minor child's VA DMAS EDCD eligibility documents dated April 2016[1]
2. Minor child's DMAS 7 dated September 2018[2]
3. Pediatric referrals for minor child between January 2017 and October 2018[3]
4. Marriage certificate for Plaintiff and legal spouse[4]
5. PPL Enrollment documentation for legal spouse[5]
6. Letter sent to EDCD Division of DMAS via email on February 16, 2018[6]

---

[1] Also held by VA DMAS and the Bedford County Health Department
[2] Also held by Anthem and the minor child's Pediatric office (Wellmont Medical Associates)
[3] Also held by the minor child's Pediatric Office
[4] Also held by Wise County Circuit Court
[5] Also held by PPL

7. Emails exchanged between Plaintiff and EDCD Division of DMAS between February 2018 and March 2018[7]

8. Relevant section of VA DMAS EDCD Policy Manual (Chapter II, pg. 19)[8]

9. Verizon telephone records for communication between the Plaintiff and VA DMAS between February 2018 and May 2018[9]

b. Exhibits and Documents supporting Plaintiff's bona fide religious beliefs

10. Religious training ("homeschool") exemption forms from 2012 to 2018[10]

11. Vaccination exemption forms for minor children from 2006 to 2018

-12. Vaccination exemption form for Plaintiff in 2013

13. LSAT Saturday Sabbath keeper letter from local minister in 2018[11]

c. Exhibits and Documents supporting Plaintiff's letter dated Februrary 16, 2018

14. Scholastic writings on the concept of *Yichud* in Judaism

15. Scholastic writings on the concept of *Shomer negiah* in Judaism

16. Scholastic writings on the concept of *Tzniut* in Judaism

17. Scholastic writings on the concept of *gilui arayot* in Judaism

d. Exhibits and Documents supporting Plaintiff's timeline of filing

18. Enrollment with nursing agency May 2016

19. Plaintiff's lease dated May 2016

20. Medicaid policy documents stating that those with an EIN cannot be EOR without signing over their EIN to PPL[12]

21. Plaintiff's establishment of her EIN in 2015[13]

---

[6] Also held by VA DMAS EDCD Division
[7] Also held by the VA DMAS EDCD Division
[8] Public document
[9] Also held by Verizon Cellular Company
[10] Also held by Wise County School Board
[11] Also held by LSAC
[12] Public document
[13] Also held by the IRS

22. PPL documentation demonstrating Plaintiff's attempts to enroll as EOR in 2016[14]

23. Foster Care Alumni Documentation[15]

24. Enrollment documents for 3 PPL attendants 2016 – 2018[16]

25. Correspondence between PPL attendant and Plaintiff during Sept.-Oct. 2016

26. Malicious CPS report for November 2016[17]

27. Letter sent to Nursing Agency February 2017

28. Malicious CPS report for March 2017[18]

29. Petition to Purge malicious CPS reports filed in Wise County Circuit Court

30. Contracts for PPL attendant hired March 2017

31. PPL documents establishing the Plaintiff's legal spouse as EOR[19]

32. Plaintiff's lease dated June 2017

33. Plaintiff's legal spouse's lease dated December 2017

34. Documentation demonstrating Plaintiff's legal spouse's employment and financial obligations

35. Proof of pregnancy (of Plaintiff) 2017-2018

36. Letters to the IRS in July 2017 requesting the dissolution of the Plaintiff's EIN[20]

37. Correspondence with the IRS requesting the Plaintiff remove business letters from her EIN

38. Unemployment benefits claim from PPL attendant laid off in June 2018[21]


e. Exhibits and Documents supporting Plaintiff's standing


39. PPL documents listing the Plaintiff as EOR (Employer of Record)[22]

40. Policy documents demonstrating the EOR's roles and responsibilities[23]

41. Sample of a PPL timesheet[24]

---

[14] Also held by PPL
[15] Also held by Fairfax County, VA Juvenile and Domestic Relations Court
[16] Also held by PPL
[17] Also held by Wise County DSS
[18] Also held by Wise County DSS
[19] Also held by PPL
[20] Also held by the IRS
[21] Also held by the Virginia Employment Commission
[22] Also held by PPL
[23] Public PPL documents
[24] Also held by PPL

II.      Injury in Fact and Damages

a.   Exhibits and Documentations

1.   Correspondence from Appalachian School of Law (ASL) noting that the Plaintiff's withdrawal was processed

2.   Personal correspondence between the Plaintiff and her spouse (October 2017)

3.   Letter of Recommendation written by the Plaintiff's legal spouse[25]

4.   Tuition statements for the Fall of 2017 at ASL[26]

5.   Scholarship statements for the Fall of 2017 at ASL[27]

6.   Receipts for housing for Fall 2017 enrollment at ASL

7.   Receipts for textbooks and educational costs for Fall 2017 enrollment at ASL

b. Calculation of Damages

8.   Actual damages: $6,000

9.   Non-economic damages: n/a

III.     Names

a.   Persons likely to have discoverable information

1.   Virginia DMAS EDCD Chief Deputy
NAME(S): Karen Kimsey, Chief Deputy
ADDRESS: 600 East Broad Street, Richmond, VA 23219
TELEPHONE: 804-786-8099

---

[25] Also held by Appalachian School of Law
[26] Also held by Appalachian School of Law
[27] Also held by Appalachian School of Law

2.        Virginia DMAS EDCD Employee

NAME(S): Mamie White

ADDRESS: 600 East Broad Street, Richmond, VA 23219

TELEPHONE: 804-786-8099

RESPECTFULLY SUBMITTED,

Melinda Scott, *pro-se*

PO BOX 1133-2014PMB87

Richmond, Virginia

540.692.2342

mscottw@gmu.edu

## Certificate of Service

I, Melinda Scott, have mailed a copy of this Initial Disclosures to the Defendant, by counsel, to Sheri Kelly, Assistant Attorney General, at 204 Abingdon Place, Abingdon, VA 24211 & Jennifer L. Gobble, Assistant Attorney General, at 600 East Broad St., 6th flr., Richmond, Virginia 23219 on this ___*25th*___ day of ___*Oct.*___, 2018.

Respectfully submitted,

Melinda Scott, *pro-se*

PO BOX 1133-2014PMB87

Richmond, Virginia

540.692.2342

mscottw@gmu.edu