

26 OCT 2018 PM 2 L

Clerk
US Western District Court
180 W Main St., Rm. 104
Abingdon, VA 24210

24210-265129



Melinda Scott
PO Box 1133
Richmond, VA 23218